UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL QUINAN,<br><br>        Plaintiff,<br><br>    v.<br><br>ADAM KLEINBERG, et al.,<br><br>        Defendants. | Case No. 21-cv-05295-JCS<br><br>**ORDER DENYING MOTION TO DISMISS AND MOTION FOR JOINDER AS MOOT**<br><br>Re: Dkt. Nos. 17, 18 |

Defendants Adam Kleinberg and Paul Giese brought a motion to dismiss the original complaint in this action [dkt. 17], and Defendant Theo Fanning joined in that motion [dkt. 18]. In lieu of an opposition, Plaintiff filed an amended complaint, rendering moot the motion to dismiss, which is DENIED without prejudice on that basis.

**IT IS SO ORDERED.**

Dated: October 25, 2021

JOSEPH C. SPERO
Chief Magistrate Judge