UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>ZOOM CIVIL MINUTE ORDER</u>

| Case No.: 21-cv-05295-JCS | Case Name: Quinan v. Kleinberg | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: December 3, 2021 | Time: 6 M (3:42-3:48) |

**Attorney for Plaintiff:** William Restis
**Attorney for Defendant:** Constantine Panagotacos; Denis Kenny for Theo Fanning

| **Deputy Clerk:** Karen Hom | **Court Reporter:** Not Reported |
|---|---|

<u>ZOOM WEBINAR PROCEEDINGS</u>

1. Initial Case Mgmt Conference - Held

<u>ORDERED AFTER HEARING</u>

Updated case management conference statement due 4/8/2022.

**CASE CONTINUED TO:** 04/15/2022 at 2:00 PM for a further case management conference by Zoom. Zoom Webinar ID 161 926 0804 Password: 050855. Please see Judge Spero's website for additional Zoom information.

**REFERRALS:**
[X] Upon stipulation of the parties, this case is referred to private mediation. By 12/17/2021 the parties shall e-file a joint letter with the name of the mediator and mediation date. The deadline to complete mediation is 3/31/2022.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Last Day to Seek Leave of Court to Amend Pleadings: 02/01/2022**
**Discovery Cutoff: 10/7/2022**
**Expert Disclosure:   10/14/2022**
**Expert Rebuttal:  10/28/2022**
**Expert Discovery Cutoff:  11/18/2022**
**Deadline to File Dispositive and Daubert Motions: 12/2/2022. Reply brief must be filed four (4) weeks before the scheduled hearing.**
**Motions Hearing & Daubert Motions:  01/25/2023 at 9:30 AM**
**Pretrial Conference:  04/14/2023 at 2:00 PM**
**Trial:  04/24/2023 a**t **8:30 AM for 5 days  [ X ]   Jury   [ ]   Court**

**Order to be prepared by:**
 [ ] Plaintiff        [ ] Defendant          [ X] Court