**SCHERER SMITH & KENNY** LLP
THE STRENGTH OF PARTNERSHIP

140 Geary Street, Seventh Floor
San Francisco, California 94108

Telephone: 415.433.1099
Facsimile: 415.433.9434
www.sfcounsel.com

December 20, 2021

**VIA ECF**

The Honorable Joseph C. Spero
Magistrate Judge
U.S. District Court for the Northern District of California
San Francisco Courthouse, Courtroom F – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Quinan v. Kleinberg et al.*, Case 3:21-cv-05295-JCS
            Joint Letter re Private Mediation Pursuant to Case Management and Pretrial Order
            (ECF No. 39)

Dear Judge Spero:

    Per the Case Management and Pretrial Order at 2:25–3:2, ECF No. 39, the parties are providing this joint letter informing the Court of the name of the mediator and the mediation date.

- The parties have agreed to have James F. Lynch, Esq., of Lynch Mediation, mediate this matter.
- The parties have agreed to mediate with Mr. Lynch on February 15. 2022.

Respectfully submitted,

/s/ Denis S. Kenny
Counsel for Defendant Theo Fanning


/s/ Constantine M. Panagotacos
Counsel for Defendants Adam Kleinberg and Paul Giese

/s/ William R. Restis
Counsel for Plaintiff Russell Quinan

## FILER'S ATTESTATION

I, Denis S. Kenny, am the ECF user whose identification and password are being used to file this Joint Letter re Private Mediation Pursuant to Case Management and Pretrial Order (ECF No. 39). In compliance with Local Rule 5-1(h)(3), I hereby attest that I have obtained Mr. Panagotacos and Mr. Restis's authorization to affix their electronic signature (/s/) to this document.

Dated: December 20, 2021                SCHERER SMITH & KENNY LLP

/s/ Denis S. Kenny_____
Denis Kenny

*Attorney for Defendant Theo Fanning*