1  THE RESTIS LAW FIRM, P.C.
2  William R. Restis, Esq. (SBN 246823)
   402 West Broadway, Suite 1520
3  San Diego, California 92101
   +1.619.270.8383
4  +1.619.752.1552
5  william@restislaw.com

6  *Attorney for Plaintiff Russell Quinan*

7

8

9

10 **UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 OAKLAND / SAN FRANCISCO DIVISION**

12

13 **RUSSELL QUINAN**,                          Case No:   3:21-cv-05295-JCS

              Plaintiff,
14
   v.                                          **NOTICE OF SETTLEMENT AND
15                                              STIPULATION OF DISMISSAL
   **ADAM KLEINBERG, PAUL GIESE,                WITH PREJUDICE PURSUANT TO
16 THEO FANNING**                               FED R CIV P. 41(a)(1)(A)(2)**

              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Russell Quinan, Adam Kleinberg, Paul Giese and Theo Fanning (collectively the "Parties") have reached a full settlement and release of the claims and defenses alleged in this action.

Accordingly these Parties, by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of the entire action with prejudice.

IT IS SO STIPULATED.

THE RESTIS LAW FIRM, P.C.

DATED: March 4, 2022

/s/ *William R. Restis*
William R. Restis, Esq.
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: +1.619.270.8383
Email: william@restislaw.com

ATTORNEY FOR PLAINTIFF
RUSSELL QUINAN


SLOTE, LINKS & BOREMAN, PC

DATED: March 4, 2022

/s/ *Adam G. Slote*
Adam G. Slote, Esq.
50 California Street, 34th Floor
San Francisco, CA 94111
Tel: (415) 983-8012
adam@slotelaw.com

ATTORNEY FOR DEFENDANTS
ADAM KLEINBERG, PAUL GIESE AND THEO FANNING

**Civ. L.R. 5-1(h)(3) Certification**

I, William R. Restis, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

/s/ *William R. Restis*
William R. Restis, Esq.
william@restislaw.com

Dated: March 4, 2022



- 2 -

STIPULATION OF DISMISSAL                                CASE NO: 3:21-CV-05295-JCS